

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

August 24, 2021

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



RE:   *United States v. Ivis Perdomo*
       21 Cr. 17 (KPF)

Dear Judge Failla:

   I represent the defendant, Ivis Perdomo, in the above referenced matter. The purpose of this letter is to respectfully request that the Court order that Mr. Perdomo be permitted to virtually attend his grandmother's wake and burial. On Tuesday, August, 17, 2021, Mr. Perdomo's grandmother, Macrina Reinaud, passed away. Counsel has communicated with Mr. Perdomo's counselor at Essex County Jail, where he is being housed, and the facility has the capability to allow Mr. Perdomo to virtually attend his grandmother's funeral. The viewing is scheduled for Wednesday, August 25, 2021 from 5:00 p.m. to 8:00 p.m. at R.G. Ortiz Funeral Home, 524 Southern Boulevard, Bronx, New York 10455. The burial is scheduled for Thursday, August 26, 2021 from 10:00 a.m. to 12:00 p.m. at Oakland Cemetery, 2 Saw Mill River Road, Yonkers, New York 10701. Counsel has communicated with the Government, who defers to the facility and the Marshals. Accordingly, it is respectfully requested that the Court permit Mr. Perdomo to virtually attend his grandmother's wake and burial on Wednesday, August 25, 2021 and Thursday, August 26, 2021.

   The Court's time and attention to this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   All counsel, by ECF

Application GRANTED.  It is ORDERED that on August 25, 2021, and August 26, 2021, during the windows set forth above, the Warden or other official in charge of the Essex County Correctional Facility, produce prisoner Ivis Perdomo, at a suitable location within the facility, for the purpose of facilitating his virtual attendance at his grandmother's funeral proceedings.  Mr. Perdomo's counsel is directed to contact Ms. Deidre White, Director of Social Services at Essex County Correctional Facility, at (973) 274-7507, to coordinate the logistics of Mr. Perdomo's attendance.

The Court extends its condolences to Mr. Perdomo and his family.

Dated:    August 25, 2021               SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE