UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 17 (KPF) |
| IVIS PERDOMO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change-of-attorney conference on November 9, 2021, at 11:00 a.m. The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately. The public may dial into an audio-only feed of this conference by calling (917) 933-2166 and entering Conference ID 946-825-134.

SO ORDERED.

Dated: October 29, 2021
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge